AO91 (Rev. 12/03)  Criminal Complaint                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                  **vs.**

Carlos Salvador MOLINA-Amaya
AKA Carlos SALVADOR-Reyes
IAE A076 826 281
El Salvador 1980

**CRIMINAL COMPLAINT**

Case Number: 7:16-po-05162

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 30, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Carlos Salvador MOLINA-Amaya was encountered by Border Patrol Agents near Falfurrias, Texas on December 10, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on November 30, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Armendariz Jr, Francisco  Border Patrol Agent
Signature of Complainant

Armendariz Jr, Francisco    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 11, 2016                                         at      McAllen, Texas
Date                                                                           City/State

Peter E Ormsby          U.S. Magistrate Judge
   Name of Judge         Title of Judge                              Signature of Judge